**DENY and Opinion Filed November 3, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01156-CV**

**IN RE BRODERICK MONDY AND ADDISON COOPER**
**CONSTRUCTION, LLC, Relators**

**Original Proceeding from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-06573-2021**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith
Opinion by Chief Justice Burns

Before the Court is relators' October 26, 2022 petition for writ of mandamus wherein relators' seek relief from the trial court's October 17, 2022 Order on Defendants' Motion to Vacate Prior Sanctions Order. Also before the Court is relators' October 26, 2022 Emergency Motion for Stay of Underlying Proceedings.

Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that relators lack an adequate appellate remedy. *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). After reviewing relators' petition and the record before us, we conclude

that relators have failed to demonstrate entitlement to mandamus relief. *See* TEX. R. APP. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus. We also deny relators' emergency motion as moot.

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

221156F.P05